**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
––––––––––––––––––––––––––––––––––––––––

**PHOENIX BULK CARRIERS (BVI) LTD.,**

              Petitioner,          20-cv-936 (JGK)

    - against -                    <u>**ORDER**</u>

**TRIORIENT LLC,**

              Respondent.
––––––––––––––––––––––––––––––––––––––––

**JOHN G. KOELTL, District Judge:**

    The petitioner is required to serve the petition on the respondent within 90 days. <u>See</u> Fed. R. Civ. P. 4(m). If the petitioner fails to do so, this case will be dismissed without prejudice.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **April 23, 2020**          /s/ John G. Koeltl
                                             **John G. Koeltl**
                                  **United States District Judge**