UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––––––––––––––

PHOENIX BULK CARRIERS (BVI) LTD.,

              Petitioner,          20-cv-936 (JGK)

    - against -              ORDER

TRIORIENT LLC,

              Respondent.

––––––––––––––––––––––––––––––––––––––

**JOHN G. KOELTL, District Judge:**

    The petitioner has filed a petition to confirm an arbitration award. The docket indicates that service was made but no response to the petition has been served. Although the time to answer has passed, the time to respond to the petition is extended to **June 12, 2020**. If no response is filed by that date, the Court will decide the petition based upon the papers already submitted.

**SO ORDERED.**

Dated:    New York, New York
           May 29, 2020          /s/ John G. Koeltl
                                                **John G. Koeltl**
                                      **United States District Judge**