LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PETER J. GUTOWSKI
WAYNE D. MEEHAN*
DON P. MURNANE, JR.ᐃ
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*ᐃ
WILLIAM J. PALLAS*
GINA M. VENEZIA°ᐃ
JUSTIN T. NASTRO*
MANUEL A. MOLINA
DANIEL J. FITZGERALD*†ᐃ
BARBARA G. CARNEVALE*
ERIC J. MATHESON*
MICHAEL D. TUCKER*◊
RYAN BYRNES*
WILLIAM H. YOST*
J. TANNER HONEA*^
YAAKOV U. ADLER
MICHAEL J. DEHART
ADAM DEITZ†
MATTHEW J. PALLAY*
CODY KING

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
ᐃ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA
◊ ALSO ADMITTED IN PENNSYLVANIA
^ ALSO ADMITTED IN TEXAS

NEW JERSEY OFFICE
103 EISENHOWER PARKWAY, SUITE 400
ROSELAND, N.J. 07068
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

OF COUNSEL
GEORGE B. FREEHILL
PATRICK J. BONNER*
MARK F. MULLER
HILARY K. JONCZAK‡

‡ ADMITTED IN FLORIDA ONLY. PRACTICE
LIMITED TO FEDERAL ADMINISTRATIVE LAW

October 7, 2020

VIA ECF
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Phoenix Bulk Carriers (BVI) LTD. v. Triorient LLC
1:20-cv-00936-JGK
Application for Authorization to Serve Writs of Execution

Dear Judge Koeltl,

We represent the petitioner Phoenix Bulk Carriers in the captioned action which involved an action for entry of judgment on an arbitral award issued in New York. We write to make application for leave to serve writs of execution in lieu of the Marshal.

In July 2020, the Court entered an order confirming the award, and the Clerk subsequently entered judgment on July 28, 2020 in the sum of $ 538,442.03 against the defendant. (*See* DKT # 14.) More than thirty (30) days have passed since entry and the judgment remains unsatisfied.

We have applied to the U.S. Marshal to serve writs of attachment on several banks located in New York, but have now been advised that they are not making any service

533879.1

whatsoever, and cannot assist. Under these circumstances and pursuant to FRCP 4.1(a), we make application for leave to allow any attorney, paralegal or agent of Freehill Hogan & Mahar to serves writs of attachment in this action to avoid any delay in collection of the sums due.

 We appreciate the Court's attention to the foregoing.

           Respectfully submitted

           Freehill Hogan & Mahar LLP

           Peter J Gutowski

VIA ECF