USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PHOENIX BULK CARRIERS (BVI) LTD.,

                Plaintiff,

      - against -

TRIORIENT LLC,

                Defendant.
-------------------------------------------------------------X

20-CV-936 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This case has been referred to me for general pretrial purposes. By January 14, 2020, the parties' shall file a joint letter (1) briefly describing the dispute; (2) setting forth the procedural status; (3) identifying any pending motions (with reference to ECF docket entry numbers); (4) stating whether any efforts to settle the matter have been undertaken and whether the parties would be interested in participating in a settlement conference with me; and (5) any other matter requiring the Court's attention.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: December 29, 2020
       New York, New York

Copies transmitted this date to all counsel of record.