USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHOENIX BULK CARRIERS (BVI) LTD.,

                    Plaintiff,

     - against -

TRIORIENT LLC,

                    Defendant.
-----------------------------------------------------------X

20-CV-936 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This is an action to confirm an arbitration award. On July 26, 2020, the Court issued a decision confirming the award, directing entry of judgment, and directing closure of the case. (Dkt. 13.) Judgment was entered on July 28, 2020. (Dkt. 14.) On November 27, 2020 and thereafter, certain parties filed motions to quash. Those motions all have been resolved. (Dkt. 43.) Accordingly, the Clerk of Court is respectfully requested to close the case.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: February 24, 2020
       New York, New York

Copies transmitted this date to all counsel of record.

1